UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY LOUIS GOMEZ, <br><br> Defendant. | Case No.: 5:22MJ00211-DUTY <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×) information in the Pretrial Services Report and Recommendation

    (×) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    (×) other: __May be appropriate for treatment facility.__

1

and/ or

B. ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

- ( )  information in the Pretrial Services Report and Recommendation
- ( )  information in the violation petition and report(s)
- ( )  the defendant's nonobjection to detention at this time
- ( )  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 04/08/2022

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE